United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**  
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**  
**CLERK OF COURT**

**Distribution of Instructions & Forms for Pro Se / Prisoner Cases**

**Civil rights Appeal (1983 or Bivens) Filed**

_X_ Acknowledgment and Notice of Appearance
_X_ Docketing Notice
_X_ Docket Report
_X_ How to Appeal a Civil Case Instructions
_X_ How to Appeal as a Pro Se Party
_X_ How to File a Civil Rights Appeal Challenging the Prisoner's Detention
_X_ Prisoner Authorization Notice
_X_ Prisoner Authorization Form
_X_ Form D-P
_X_ T-1080 Form
_X_ Financial Affidavit
_X_ Certificate of Service
_X_ Format Motion
_X_ Format Brief
_X_ Format Appendix
_X_ Pro Se Scheduling Notification
_X_ Form 6 Certificate of compliance
_X_ Form 7 Declaration of Inmate Filing