**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 25, 2025
Docket #: 25-2311
Short Title: Salaman v. Carney

DC Docket #: 3:25-cv-482
DC Court: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Trial Judge - Kari A. Dooley

## PRISONER AUTHORIZATION NOTICE

An incarcerated appellant who files a civil appeal must submit a Prisoner Authorization Form when moving for in forma pauperis status. See 28 U.S.C. § 1915(b). By signing the form the incarcerated appellant authorizes the warden at the prison where the appellant is held to deduct the filing fee, and other expenses related to the case if the Court so orders, from the appellant's prison account in monthly installments.

Enclosed is the form and instructions for filing the form with a motion for in forma pauperis status. Keep these instructions for further reference.

Sign the form and submit it with the motion to this Court within 45 days of this notice. The Clerk will forward the form to the warden. If the incarcerated appellant does not sign and returned the form with the in forma pauperis motion to the Court, the appeal will be dismissed.

Inquiries regarding this case may be directed to 212-857-8551.