

U.S. Department of Justice

*United States Attorney*
*District of Connecticut*

*Connecticut Financial Center*     *(203)821-3700*
*157 Church Street, 25th Floor*     *Fax (203) 773-5376*
*New Haven, Connecticut 06510*     *www.justice.gov/usao/ct*

October 24, 2025

Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re:    *Salaman v. Carney*, 25-2311

Dear Ms. Wolfe:

      On September 25, I receive notice of the docketing of the above-captioned appeal, in which I am listed as counsel of record for multiple federal defendants. Plaintiff Luis Salaman (initially *pro se*, now represented by counsel) filed this appeal to challenge the district court's dismissal of his action under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971).

      The district court dismissed Salaman's complaint, and this appeal was filed, before any federal defendant was properly served, appeared in the action, or requested representation by the Department of Justice. Accordingly, the named defendants have not been made parties to the suit, and I do not represent them at this time. But because the district court's dismissal order implicates the scope of the *Bivens* damages remedy, the United States may seek to participate in this appeal in some capacity depending on the arguments advanced in Salaman's principal brief.

      This letter should not be deemed a waiver of any defense, including lack of service.

Please do not hesitate to contact me if you have any questions.

          Sincerely,

          DAVID X. SULLIVAN
          UNITED STATES ATTORNEY

          /s/
          CONOR M. REARDON
          ASSISTANT U.S. ATTORNEY

cc:     Appellate counsel of record